NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Neil B. Klein, CA Bar No. 142734
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330,
Irvine, CA 92612
Phone: (949) 724-0200

ATTORNEY(S) FOR: Eastern Pacific Chartering (22) Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Eastern Pacific Chartering (22) Inc.

Plaintiff(s),

v.

Louis Dreyfus Company Freight Asia Pte Ltd.

Defendant(s)

CASE NUMBER:

2:22-cv-5111

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Eastern Pacific Chartering (22) Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Eastern Pacific Chartering (22) Inc. | Plaintiff |
| Louis Dreyfus Company Freight Asia Pte Ltd. | Defendant |
| DBS Bank Ltd. | Garnishee |

July 23, 2022

Date

Neil B. Klein

Signature

Attorney of record for (or name of party appearing in pro per):

Eastern Pacific Chartering (22) Inc.