Neil B. Klein, CA Bar No. 142734
neilk@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
Phone:   (949) 724-0200
Attorneys for Plaintiff Eastern Pacific Chartering (22) Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EASTERN PACIFIC CHARTERING (22) INC., <br><br> Plaintiff, <br><br> vs. <br><br> LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD., <br><br> Defendant, <br><br> and <br><br> DBS BANK LTD., <br><br> Garnishee | Case No.   2:22-cv-5111 <br><br> In Admiralty <br><br> **PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

Eastern Pacific Chartering (22) Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Date:   July 23, 2022.          Respectfully submitted,

          /s/ Neil B. Klein
Neil B. Klein
McKasson & Klein LLP
Attorneys for Plaintiff Eastern Pacific Chartering (22) Inc.