Neil B. Klein, CA Bar No. 142734
neilk@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
Phone:   (949) 724-0200
Attorneys for Plaintiff
Eastern Pacific Chartering (22) Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EASTERN PACIFIC CHARTERING (22) INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD.,<br><br>Defendant,<br><br>and<br><br>DBS BANK LTD.,<br><br>Garnishee | Case No. 2:22-cv-05111-PA-JC<br><br>IN ADMIRALTY, Fed. R. Civ. P. 9(h)<br><br>**DECLARATION OF NEIL KLEIN IN SUPPORT OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO RULE B**<br><br>[Fed. R. Civ. P. Supp Rule B; LAR E.4] |

I, Neil Klein, hereby declare and state as follows:

1. I am a partner at the firm of McKasson & Klein LLP and counsel for Plaintiffs EASTERN PACIFIC CHARTERING (22) INC. ("EPC22") in this matter. I have personal knowledge of the facts declared herein and, if called to testify regarding these facts, would and could testify thereto.

2. This declaration is filed in support of EPC22's request for review in

accordance with Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure ("Rule B"), and for an order authorizing issuance of process of maritime attachment and garnishment for property of defendant Louis Dreyfus Company Freight Asia Pte Ltd. ("Defendant") held or controlled by garnishees, including DBS Bank Ltd. or its agents, within in this District.

3. I directed attorneys under my supervision to perform the following:

    a. Google search to determine if Defendant is located in this District. The search results did not provide information that Defendant is located in this District.

    b. Internet search in Superpages and 411.com telephone directories; no telephone listing or address was found for Defendant in the District.

    c. Search of the California Secretary of State's online business records database; as of August 3rd 2022, Defendant is not incorporated or organized under the laws of the State of California, and has not appointed an agent for service of process within the State of California.

4. Based on the efforts described above, I am unaware of Defendant having a general or managing agent within the District, or an appointed agent for service of process in California, and have not found any indication Defendant is present in the District. It is my good faith belief, based on investigation conducted by my office, that Defendant does not have sufficient contacts, business activity, offices or agents in the District, and therefore Defendant is cannot be found within the Central District of California for purposes of Rule B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on August 3rd 2022 in Irvine, California.

                                                    /s/ *Neil B. Klein*
                                                    Neil B. Klein