UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTERN PACIFIC CHARTERING (22) INC., <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD., <br><br> Defendant, <br><br> and <br><br> DBS BANK LTD., <br><br> Garnishee. | CV 22-5111 PA (JCx) <br><br> ORDER: <br><br> 1. Authorizing Issuance of Process of Maritime Attachment and Garnishment; and <br> 2. Appointing Special Process Server <br><br> Fed. R. Civ. P. Supp. Rule B(1); Local Admiralty Rule E.4 |

The Court, having reviewed Plaintiff Eastern Pacific Chartering (22) Inc.'s Notice of Request for Review in Accordance with Rule B, for Issuance of Process of Maritime Attachment and Garnishment and for Appointment of Special Process Server, together with the Verified Complaint and the attorney declarations averring that Defendant Louis Dreyfus Company Freight Asia Pte Ltd. cannot be found in the Central District of California, and finding that the conditions of Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Rule B") and Federal Rule of Civil Procedure 4(c)(3) appear to exist, hereby:

1    ORDERS that the Clerk of this Court issue Process of Maritime Attachment and
2 Garnishment, pursuant to Rule B, for all assets, cash, funds, credits, wire transfers, accounts,
3 letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter
4 hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held
5 for or on behalf of, or being transferred for the benefit of Defendant Louis Dreyfus
6 Company Freight Asia PTE Ltd., including, but not limited to any such assets as may be in
7 the possession, custody or control of specific garnishee DBS Bank Ltd., and/or any other
8 garnishee within this District, or being transferred through any garnishee within this District,
9 and said Order being equally applicable with respect to the issuance and service of
10 additional writs of maritime attachment and garnishment upon any garnishees in this District
11 not named herein, pursuant to Rule B;

12    ORDERS that any person claiming an interest in the property attached or garnished
13 pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at
14 which Plaintiff shall be required to show why the garnishment or attachment should not be
15 vacated or other relief granted;

16    ORDERS that any property attached or garnished pursuant to this Order may be
17 released from seizure without further order of the Court, as long as the garnishee receives
18 written authorization for the release from the attorney who requested the attachment and
19 garnishment (Neil B. Klein, McKasson & Klein LLP, 18401 Von Karman Avenue, Suite
20 330, Irvine, CA 92612, (949) 724-0200), which written authorization shall state that all
21 parties in the Action have conferred through their counsel and consent to the request for
22 release, and provided that the Court has not entered an order modifying the procedure for
23 release of property attached pursuant to this Order;

24    ORDERS, that the Clerk may issue supplemental or further writs of maritime
25 attachment and garnishment upon request by Plaintiff and without further order of the Court;

26    ORDERS that Neil B. Klein of McKasson & Klein LLP, or any third-party process
27 server who is authorized to serve legal process under California law, each over 18 years of
28 age and not a party to the action, is hereby appointed and to act as special process server to

-2-

effect service of the Process of Maritime Attachment and Garnishment in this action, and to effect service of any supplemental process in this matter;

ORDERS that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each Garnishee may consent, in writing, to accept service by any other means;

ORDERS that a copy of this Order be served with each said writ of maritime attachment and garnishment; and

ORDERS that to afford an opportunity for an expeditious hearing of any objections which might be raised by Defendant, or any Garnishee, a hearing may be set by filing an appropriate and adequately supported ex parte application that complies with Local Rule 7-19.

IT IS SO ORDERED.

DATED: August 5, 2022.

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-3-