UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTERN PACIFIC CHARTERING (22) INC., <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD., <br><br> Defendant, <br><br> and <br><br> DBS BANK LTD., <br><br> Garnishee. | CV 22-5111 PA (JCx) <br><br> PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT <br><br> Fed. R. Civ. P. Supp. Rule B(1) |

**GARNISHEE: DBS BANK LTD.**

WHEREAS, Plaintiff Eastern Pacific Chartering (22) Inc. ("Plaintiff") filed a Verified Complaint on July 23, 2022, in the United States District Court for the Central District of California, for amounts alleged due and owing to said Plaintiff by Defendant LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD. in the sum of at least $3,004,704.40, and praying for Process of Maritime Attachment and Garnishment against

1  Louis Dreyfus Company Freight Asia Pte Ltd. pursuant to Rule B of the Supplemental Rules
2  for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil
3  Procedure ("Rule B"); and

4      WHEREAS, this Process of Maritime Attachment and Garnishment issued following
5  the Court's review of Plaintiff's Verified Complaint, attorney declarations, and request for
6  review for issuance of process of maritime attachment and garnishment, pursuant to which
7  the Court found the conditions of Rule B appear to exist and entered an Order so stating and
8  authorizing issuance of process of maritime attachment and garnishment;

9      NOW, THEREFORE, you are hereby commanded that if Louis Dreyfus Company
10  Freight Asia Pte Ltd. cannot be found within the District, you attach the following pursuant
11  to Supplemental Rule E(4) for Certain Admiralty and Maritime Claims of the Federal Rules
12  of Civil Procedure:

13      All assets, cash, funds, credits, wire transfers, accounts, letters of
14      credit, electronic fund transfers, freights, sub-freights, charter
15      hire, sub-charter hire, or any other tangible and/or intangible
16      assets belonging to, due, claimed by, being held for or on behalf
17      of, or being transferred for the benefit of defendant Louis
18      Dreyfus Company Freight Asia Pte Ltd. within this District up to
19      $3,004,704.40, and that the same be attached as may be found in
20      the possession of garnishees or which are found in the
21      possession or control of specific garnishee DBS Bank Ltd.,
22      and/or any other garnishee within this District.

23      YOUR ARE FURTHER COMMANDED, promptly after execution of this process,
24  to file notice in this Court with your return thereon and mail a copy to the attorney at whose
25  . . . .
26  . . . .
27  . . . .
28  . . . .

1 | request the execution was completed (Neil B. Klein, McKasson & Klein LLP, 18401 Von Karman Avenue, Suite 330, Irvine, CA 92612, (949)724-0200).

   WITNESS THE HONORABLE Judge Percy Anderson, United States District Court, this **5th** day of August 2022.



By: Kiry Gray
CLERK OF THE COURT

By: Kamilla Sali-Suleyman
Deputy Clerk