Neil B. Klein, CA Bar No. 142734
neilk@mckassonklein.com
MCKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
Phone: (949) 724-0200
Attorneys for Plaintiff
Eastern Pacific Chartering (22) Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EASTERN PACIFIC CHARTERING (22) INC., | **Case No. 2:22-cv-05111-PA-JC** |
| Plaintiff, | IN ADMIRALTY, Fed. R. Civ. P. 9(h) |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD., | [Fed. R. Civ. P. 41(a)(1)] |
| Defendant, | |
| and | |
| DBS BANK LTD., | |
| Garnishee | |

**PLEASE TAKE NOTICE** that on or about August 17th 2022, Plaintiff Eastern Pacific Chartering (22) Inc. ("EPC22") obtained satisfactory security in a parallel action filed by EPC22 against Defendant Louis Dreyfus Company Freight Asia Pte. Ltd. in the United States District Court for the District of Delaware.

Accordingly, EPC22 dismisses the instant action pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice, with each party to bear its respective attorney's fees

1  and costs. No answer or motion for summary judgment has been filed and no other

2  parties have appeared.

3  Date:   August 17, 2022.          Respectfully submitted,

4

5                              ____/s/ Neil B. Klein_____

6                              Neil B. Klein
                               McKasson & Klein LLP

7                              Attorneys for Plaintiff Eastern Pacific
                               Chartering (22) Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28